UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTINE JONES-CECERE, Executrix of the Estate of Emily Jones,<br><br>Plaintiff(s),<br><br>-against-<br><br>ADVANCED COLLECTIONS, INC., and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case No.: 2:20-cv-3904<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: May 1, 2020

*/s/ Joseph K. Jones*

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227 5900 telephone
(972) 244-0019 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff*